IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| GLEN ROGERS, ) | | |
| on behalf of plaintiff and the class defined ) | | |
| below, ) | | |
| ) | | |
| Plaintiff, ) | 11-cv-1404 | |
| ) | | |
| vs. ) | Judge Joe Billy McDade | |
| ) | Magistrate Judge John A. Gorman | |
| MID AMERICAN OPPORTUNITY RESEARCH ) | | |
| ENTERPRISES, INC. d/b/a M.O.R.E., INC., ) | | |
| ) | | |
| Defendant. ) | | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Glen Rogers and defendant Mid American Opportunity Research Enterprises, Inc. d/b/a M.O.R.E., Inc. hereby stipulate to the dismissal of plaintiff's claim against defendant without prejudice with each party to bear its own costs and fees. On November 11, 2013, the dismissal will automatically become with prejudice, absent a motion by either party to reinstate the case.

**GLEN ROGERS**

By: s/ Francis R. Greene
One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (fax)

**MID AMERICAN OPPORTUNITY RESEARCH ENTERPRISES, INC. d/b/a M.O.R.E., INC.**

By: s/ Lee Thompson
One of Its Attorneys

Lee Thompson
Thompson Law Firm LLC
106 E. 2nd Street
Wichita, Kansas 67202
(316) 267-3933
(316) 267-3901 (fax)

William R. Kohlhase
Miller, Hall & Triggs, LLC
416 Main Street, Suite 1125
Peoria, Illinois 61602
(309) 671-9600
(309) 671-9616 (fax)

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on May 2, 2013, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

Lee Thompson
lthompson@tslawfirm.com

William R. Kohlhase
william.kohlhase@mhtlaw.com

                                                          s/Francis R. Greene
                                                          Francis R. Greene